**ILLINOIS CENTRAL RAILROAD COM-PANY and Joseph Ryan, Appellants,**

**v.**

**Warner Lee WHOBREY, Appellee.**

Court of Appeals of Kentucky.

May 4, 1962.

Lloyd Cardwell, James W. Stites, Stites, Wood, Helm & Peabody, Louisville, for appellants.

William M. Harvin, Louisville, for appellee.

PER CURIAM.

This is a motion for an appeal filed October 31, 1958, from a judgment of the Jefferson Circuit Court in favor of Warner Lee Whobrey, Administrator, against the Illinois Central Railroad Company and Joseph Ryan for $465.00.

We find the judgment to be correct for the reasons given in Illinois Central Railroad Co. et al. v. Howell Arms, Adm'r etc., Ky., —— S.W.2d ——, and consolidated cases, decided this date.

Wherefore, the motion for an appeal is overruled and the judgment stands affirmed. Chief Justice STEWART and Judges BIRD and MONTGOMERY dissent.